FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2017 MAR 23 PM 3:54

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

KATHERINE L. BROWN, M.D.,

Plaintiff,

Case No.: 6:17-cv-515-ORL-28-TBS

v.

SUNCOAST SKIN SOLUTIONS, INC.,
a Florida corporation, and CHRISTOPHER
D. EWANOWSKI, M.D., individually,

Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, Katherine L. Brown, M.D., by and through her undersigned counsel, and hereby files her Complaint and Demand for Jury Trial against the Defendants, Suncoast Skin Solutions, Inc., a Florida corporation, and Christopher D. Ewanowski, M.D., and states:

### *INTRODUCTION*

1. This is an action by Plaintiff, Katherine L. Brown, M.D., against her former employers the Defendants, Suncoast Skin Solutions, Inc., and Christopher D. Ewanowski, M.D., individually, for violation of the federal *Fair Labor Standards Act* as amended, *29 U.S.C. §216(b)*. Katherine L. Brown, M.D. seeks damages of more than Fifteen Thousand Dollars ($15,000.00), not including reasonable attorney's fees and costs associated with this action, which are part of this action.

## *JURISDICTION AND VENUE*

2. This court has jurisdiction over Plaintiff, Katherine L. Brown, M.D., because at all times material to her Complaint and Demand for Jury Trial, Katherine L. Brown, M.D., was a resident of Orlando, Orange County Florida.

3. The illegal conduct complaint of and the resultant injury occurred within the judicial district in and for Daytona Beach, Volusia County, Florida.

## *PARTIES*

4. Plaintiff, Katherine L. Brown, M.D., was at all times material, employed with the Defendants, Suncoast Skin Solutions, Inc., and Christopher D. Ewanowski, M.D., from approximately August 4, 2014, until approximately October 8, 2015, as a medical doctor.

5. The Defendant, Suncoast Skin Solutions, Inc., was at all times material, a Florida corporation licensed to conduct business in the state of Florida.

6. Defendant, Christopher D. Ewanowski, M.D., at all times material, running the day to day operations of the Defendant, Suncoast Skin Solutions, Inc.

7. During her employment with the Defendants, Suncoast Skin Solutions, Inc., and Christopher D. Ewanowski, M.D., Plaintiff, Katherine L. Brown, M.D. was not paid for all hours worked and wages due based on her collections.

8. Additionally, the Defendants, Suncoast Skin Solutions, Inc., and Christopher D. Ewanowski, M.D., failed to reimburse Plaintiff, Katherine L. Brown, M.D., for mileage previously agreed to.

9. At all times material to this action, the Defendant, Suncoast Skin Solutions, Inc.,

was an enterprise covered by the *Fair Labor Standards Act*, as defined by *29 U.S.C. §§ 203(r)* and *203(s)*.

10. At all times material to this action, Defendant, Christopher D. Ewanowski, M.D., was an employer as defined by the *Fair Labor Standards Act* as "any person acting directly or indirectly in the interest of an employer in relation to an employee. . . ." *29 U.S.C. §203.(d)*.

11. The Defendants, Suncoast Skin Solutions, Inc., and Christopher D. Ewanowski, M.D., have employees subject to the provisions of the *Fair Labor Standards Act*.

12. At all times material, Plaintiff, Katherine L. Brown, M.D., was an employee of the Defendants, Suncoast Skin Solutions, Inc., and Christopher D. Ewanowski, M.D., and was "engaged in commerce" as defined by *29 U.S.C. §§ 206(a)* and *(206)(a)(1)*.

13. At all times material to this action, the Defendant, Suncoast Skin Solutions, Inc., was an employer within the meaning of the *Fair Labor Standards Act*.

14. Based upon information and belief the annual gross revenue of the Defendants, Suncoast Skin Solutions, Inc., and Christopher D. Ewanowski, M.D., is in excess of Five Hundred Thousand Dollars ($500,000.00) annually.

15. At all times material to this action, the Defendants, Suncoast Skin Solutions, Inc., and Christopher D. Ewanowski, M.D., employed at least two (2) employees who handled goods such as products, supplies, parts and equipment that previously moved through commerce.

16. At all times material to this action, Plaintiff, Katherine L. Brown, M.D., was "engaged in commerce" and subject to the individual coverage of the *Fair Labor Standards Act*.

17. At all times material to this action, the Defendants, Suncoast Skin Solutions, Inc., and Christopher D. Ewanowski, M.D., failed to comply with the *Fair Labor Standards Act, as*

*amended, 29 U.S.C. §216(b)*, because Plaintiff, Katherine L. Brown, M.D., performed services for which no provisions were made by Schmidt's Well Drilling & Sprinkler Systems, Inc., and Christopher D. Ewanowski, M.D., to properly pay Katherine L. Brown, M.D. for those hours worked in excess of forty (40) per work week, and to ensure Katherine L. Brown, M.D. was paid his complete wages.

18. Upon information and belief, the records to the extent any exists, concerning the number of hours worked and paid to Plaintiff, Katherine L. Brown, M.D., are in possession and control of the Defendants, Suncoast Skin Solutions, Inc., and Christopher D. Ewanowski, M.D..

19. The Defendants, Suncoast Skin Solutions, Inc., and Christopher D. Ewanowski, M.D., agreed to pay Plaintiff, Katherine L. Brown, M.D., wages for work performed. Katherine L. Brown, M.D. accepted this agreement and performed work for Suncoast Skin Solutions, Inc., and Christopher D. Ewanowski, M.D.

20. At all times material to this action, the work performed by Plaintiff, Katherine L. Brown, M.D., was directly essential to the business performed by the Defendants, Suncoast Skin Solutions, Inc., and Christopher D. Ewanowski, M.D..

21. Plaintiff, Katherine L. Brown, M.D., has retained The Harr Law Firm to represent her in this matter and has agreed to pay said firm reasonable attorney's fees for its service.

22. All conditions precedent to bringing this lawsuit have occurred, been performed, or been waived.

[Rest of page left blank intentionally]

## COUNT I

## VIOLATION OF THE FAIR LABOR STANDARDS ACT AGAINST

## SUNCOAST SKIN SOLUTIONS, INC.

23. Plaintiff, Katherine L. Brown, M.D., reallages the allegations contained in paragraphs one (1) through twenty-two (24) above.

24. As a result of the Defendant, Suncoast Skin Solutions, Inc.'s intentional and willful, and unlawful acts in refusing to pay Plaintiff, Katherine L. Brown, M.D., her regular rate of pay for each hour worked as well as a percentage of her collections in one (1) or more work weeks, Katherine L. Brown, M.D. has suffered damages plus incurring reasonable attorney's fees and costs.

25. Specifically, the Defendant, Suncoast Skin Solutions, Inc., was aware Plaintiff, Katherine L. Brown, M.D., performed her job duties, but still refused to pay Katherine L. Brown, M.D. hours for hours worked as well as a percentage of her collections.

26. The Defendant, Suncoast Skin Solutions, Inc., willfully failed to pay Plaintiff, Katherine L. Brown, M.D., her regular rate of pay for each hour worked as well as a percentage of her collections.

27. In addition, Defendant, Christopher D. Ewanowski, M.D., failed to reimburse Plaintiff, Katherine L. Brown, M.D., for her mileage.

28. The Defendant, Suncoast Skin Solutions, Inc., failed to post required *Fair Labor Standards Act*. informational listings as required by law.

29. As a result of the Defendant, Suncoast Skin Solutions, Inc.'s willful violation of the *Fair Labor Standards Act*, Plaintiff, Katherine L. Brown, M.D., is entitled to liquidated damages.

30. Plaintiff, Katherine L. Brown, M.D., is entitled to an award of reasonable attorney's fees and costs pursuant to *29 U.S.C. §216(b)*.

WHEREFORE, Plaintiff, Katherine L. Brown, M.D., demands judgment against the Defendant, Suncoast Skin Solutions, Inc., for compensatory damages, and additional amount of liquidated damages, or in the alternative, interest on her wages owed, reasonable attorney's fees and costs incurred in this action, and all and all further relief this Honorable Court determines to be just and proper.

## *COUNT II*

### *VIOLATION OF THE FAIR LABOR STANDARDS ACT AGAINST CHRISTOPHER D. EWANOWSKI, M.D.*

31. Plaintiff, Katherine L. Brown, M.D., reallages the allegations contained in paragraphs one (1) through twenty-two (22) above.

32. As a result of Defendant, Christopher D. Ewanowski, M.D.'s intentional and willful, and unlawful acts in refusing to pay Plaintiff, Katherine L. Brown, M.D., her regular rate of pay for each hour worked as well as a percentage of her collections in one (1) or more work weeks, Katherine L. Brown, M.D. has suffered damages plus incurring reasonable attorney's fees and costs.

33. Specifically, Defendant, Christopher D. Ewanowski, M.D., was aware Plaintiff, Katherine L. Brown, M.D., performed job duties, but still refused to pay Katherine L. Brown, M.D. for hours worked as well as a percentage of her collections.

34. Defendant, Christopher D. Ewanowski, M.D., willfully failed to pay Plaintiff,

Katherine L. Brown, M.D., her regular rate of pay for each hour worked as well as a percentage of her collections.

35. In addition, Defendant, Christopher D. Ewanowski, M.D., failed to reimburse Plaintiff, Katherine L. Brown, M.D., for her mileage.

36. Defendant, Christopher D. Ewanowski, M.D., failed to post required *Fair Labor Standards Act.* informational listings as required by law.

37. As a result of Defendant, Christopher D. Ewanowski's willful violation of the *Fair Labor Standards Act*, Plaintiff, Katherine L. Brown, M.D., is entitled to liquidated damages.

38. Plaintiff, Katherine L. Brown, M.D., is entitled to an award of reasonable attorney's fees and costs pursuant to *29 U.S.C. §216(b)*.

WHEREFORE, Plaintiff, Katherine L. Brown, M.D., demands judgment against Defendant, Christopher D. Ewanowski, M.D., for compensatory damages, and additional amount of liquidated damages, or in the alternative, interest on her wages owed, reasonable attorney's fees and costs incurred in this action, and all and all further relief this Honorable Court determines to be just and proper.

### *JURY TRIAL*

39. Plaintiff, Katherine L. Brown, M.D., demands a trial by jury.

Dated: March 21, 2017.

Respectfully submitted,

*/s/ Jason L. Harr*
JASON L. HARR
Florida Bar No.: 0194336
THE HARR LAW FIRM
The Harr Professional Center

517 South Ridgewood Avenue
Daytona Beach, Florida 32114
Email: jasonharr@harrlawfirm.com
michelledavis@harrlawfirm.com
nancyanderson@harrlawfirm.com
Telephone: (386) 226-4866
Telefax: (386) 226-4886
**TRIAL COUNSEL FOR PLAINTIFF
KATHERINE L. BROWN, M.D.**