# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KATHERINE L. BROWN, M.D.,

    Plaintiff,

v.                                                    Case No: 6:17-cv-515-Orl-28TBS

SUNCOAST SKIN SOLUTIONS, INC.
and CHRISTOPHER D. EWANOWSKI,
M.D.,

    Defendants.

_____

## ORDER

Defendants filed a Motion to Dismiss the Amended Complaint (Doc. No. 12), and the assigned United States Magistrate Judge submitted a Report (Doc. 14) recommending that the motion be granted in part. No party has filed an Objection to the Report and the time to do so has passed.

After a *de novo* review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 12) is **GRANTED in part.**

3.    The Fair Labor Standards Act counts of the Amended Complaint (Counts I and IV), are **DISMISSED without leave to amend.**

4.     The Court declines to exercise supplemental jurisdiction over the remaining claims of the Amended Complaint under 28 U.S.C. § 1367(c)(3).

5.     The state court claims are dismissed without prejudice to their prosecution in the appropriate state court.

6.     The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on May 30, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record